NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
JORGE ALEJANDRO ROJAS
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582
rojas.jorge96@gmail.com
Plaintiff in Pro Se

ATTORNEY(S) FOR: Plaintiff Pro Se

FILED
CLERK, U.S. DISTRICT COURT

6/9/2026

CENTRAL DISTRICT OF CALIFORNIA
BY_____jji_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JORGE ALEJANDRO ROJAS | CASE NUMBER: |
|---|---|
| Plaintiff(s), | **2:26-cv-06431-AH-BFM(x)** |
| v. | |
| AYANNA DAVIS FOR ASSEMBLY 2026, AYANNA DAVIS, and DAVITA PATIENT PROTECTION COMMITTEE | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Jorge Alejandro Rojas _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jorge Alejandro Rojas | Plaintiff |
| AYANNA DAVIS FOR ASSEMBLY 2026 | Defendant |
| AYANNA DAVIS | Defendant |
| DAVITA PATIENT PROTECTION COMMITTEE | Defendant |

June 9, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Jorge Alejandro Rojas

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES