Name:   Jorge Alejandro Rojas

Address: 557 Cambridge Way

Bolingbrook, IL 60440

Phone Number: 4242191582

Email Address:   rojas.jorge96@gmail.com

*Pro Se*

```
┌─────────────────────────────────────┐
│                FILED                 │
│      CLERK, U.S. DISTRICT COURT      │
│                                      │
│             08/07/2026               │
│     CENTRAL DISTRICT OF CALIFORNIA   │
│     BY    GSA      DEPUTY            │
│     DOCUMENT SUBMITTED THROUGH THE   │
│  ELECTRONIC DOCUMENT SUBMISSION SYSTEM │
└─────────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS <br><br> PLAINTIFF(S) <br> v. <br><br> AYANNA DAVIS FOR ASSEMBLY 2026 , <br> AYANNA DAVIS, and <br> DAVITA PATIENT PROTECTION COMMITTEE <br> DEFENDANT(S) | CASE NUMBER <br><br> 2:26-cv-06431-AH-BFM <br><br><br> **APPLICATION FOR PERMISSION <br> FOR ELECTRONIC FILING** |

As the ☒ Plaintiff   ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  8/7/2026                           Signature: _____

CV-005 (02/20)                    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING