| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br><br>**SBN**<br>**Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR | TELEPHONE NUMBER<br><br>**(424) 219-1582** | FOR COURT USE ONLY<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>**08/07/2026**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ GSA _____ DEPUTY<br>DOCUMENT SUBMITTED THROUGH THE<br>ELECTRONIC DOCUMENT SUBMISSION SYSTEM |
|---|---|---|
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. DAVITA PATIENT PROTECTION COMMITTEE | | |
| DATE:            TIME:            DEP./DIV. | | CASE NUMBER:<br>2:26-cv-06431 |
| **Proof of Service** | | Ref. No. or File No: |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   **SUMMONS IN A CIVIL ACTION; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Complaint; Civil Case Cover Sheet; Certification and Notice of Interested Parties; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE ANNE HWANG**

2. Party Served: **DAVITA PATIENT PROTECTION COMMITTEE**

3. Address: **455 Capitol Mall, 600 Sacramento, CA 95814**

   On: **7/30/2026**                At: **10:20 AM**

4. I served the Party named in item 2, by Personally Serving:
   **Janice Carolina  (Gender: F Age: 55 Height: 5'7 Weight: 160 Race: Black  Hair: Black  Other: Brown eyes )**
   **Receptionist**

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

   a. Name: **TYLER DIMARIA**; Registration No: **2006-06**
   b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
   c. Telephone number: **916-446-2051**
   d. **The fee** for this service was: **83.00**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**TYLER DIMARIA**                                        Date: **08/03/2026**

| Proof of Service | Invoice #: 15410456 |
|---|---|