Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,
Plaintiff,
v.
AYANNA DAVIS FOR ASSEMBLY 2026, ET AL.,
Defendants.

Case No. 2:26-cv-06431-AH-BFM

**NOTICE OF SETTLEMENT**

Plaintiff, Jorge Alejandro Rojas, informs the Court that a settlement has been reached between Plaintiff and Defendant DaVita Patient Protection Committee. The parties are in the process of consummating the settlement. Plaintiff anticipates the filing of a Notice of Voluntary Dismissal with Prejudice as to Defendant DaVita Patient Protection Committee within the next twenty two (22) calendar days.

/ / /

Dated: August 19, 2026

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this filing will be sent to each Defendant via mail.

Dated: August 19, 2026

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas