Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,

Plaintiff,

v.

AYANNA DAVIS FOR ASSEMBLY 2026, ET AL.,

Defendants.

Case No. 2:26-cv-06431-AH-BFM

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DAVITA PATIENT PROTECTION COMMITTEE ONLY**

Plaintiff, Jorge Alejandro Rojas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses only Defendant DaVita Patient Protection Committee, with prejudice.

Dated: August 28, 2026

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this filing will be sent to counsel for Defendant DaVita Patient Protection Committee via e-mail, consent to do so which was obtained in writing, and each remaining Defendant via mail.

Dated: August 28, 2026

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas