| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR **Self Represented** | TELEPHONE NUMBER<br>**(424) 219-1582** | FOR COURT USE ONLY |
|---|---|---|
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. Ayanna Davis for Assembly 2026 | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>2:26-cv-06431-AH-BFM |
| **Proof of Service** | | Ref. No. or File No: |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

**SUMMONS; Complaint; Certificate of Interested Parties; Standing Order; ADR Information Packet; Notice to Pro Se Litigants; Notice of Case Assignment; Consent to Proceed Before Magistrate; Civil Case Cover Sheet**

2. Party Served: **AYANNA DAVIS FOR ASSEMBLY 2026**
   b. **By Serving David L. Gould, Agent for Service**

3. Address: **12501 Imperial Hwy., #200 Norwalk, CA 90650**

   On: **9/4/2026** At: **01:23 PM**

4. I served the Party named in item 2
   By substituted service:
   **Nadia Doe**
   **declined her title and tried to refuse service**

   (Business) A person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

a. Name: **Cayland Grant**
b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
c. Telephone number: **916-446-2051**
d. **The fee** for this service was: **93.20**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Cayland Grant (Sep 15, 2026 09:25:50 PDT)

**Cayland Grant** Date: **09/08/2026**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NUMBER **(424) 219-1582**<br><br>**Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR **Self Represented** | FOR COURT USE ONLY |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | |
| SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. Ayanna Davis for Assembly 2026 | |
| DATE: TIME: DEP./DIV. | CASE NUMBER:<br>2:26-cv-06431-AH-BFM |
| **Proof of Service by Mail** | Ref. No. or File No: |

I am a citizen of the United States and employed in the County of **Sacramento** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **09/08/2026** I served the within:

***SUMMONS; Complaint; Certificate of Interested Parties; Standing Order; ADR Information Packet; Notice to Pro Se Litigants; Notice of Case Assignment; Consent to Proceed Before Magistrate; Civil Case Cover Sheet***

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Sacramento, CA**, California, addressed as follows:
**AYANNA DAVIS FOR ASSEMBLY 2026**
**12501 Imperial Hwy., #200 Norwalk, CA 90650**

Person attempting service:

a. Name: **John Arnold**
b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
c. Telephone number: **916-446-2051**
d. **The fee** for this service was: **93.20**
e. I am:
(3) [X] a registered California process server:
(i) [X] Employee
(ii) Registration No.: **2015-39**
(iii) County: **Sacramento**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

River City
ATTORNEY SUPPORT, INC.

**John Arnold** Date: **09/10/2026**