Jorge Alejandro Rojas
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>vs.<br><br>AYANNA DAVIS FOR ASSEMBLY 2026, and<br>AYANNA DAVIS,<br><br>Defendants. | Case No. 2:26-cv-06431-AH-BFM<br><br>Hon. Anne Hwang |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Jorge Alejandro Rojas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant(s) Ayanna Davis for Assembly 2026 and Ayanna Davis, without prejudice.

Respectfully submitted,

Dated: September 30, 2026.
/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com

Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**CERTIFICATE OF SERVICE**

I, Jorge Alejandro Rojas, certify that on September 30, 2026 I served a copy of this filing on each party via the method indicated.

Defendants Ayanna Davis for Assembly 2026 and Ayanna Davis will be served via Traditional Mail: Ayanna Davis for Assembly 2026 at Ayanna Davis, 607 S CLYMAR AVE, COMPTON, CA, 90220-3321; Ayanna Davis at 607 S CLYMAR AVE, COMPTON, CA, 90220-3321.

Respectfully submitted,

Dated: September 30, 2026.
/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582